IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00739 LHK |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION AND** |
| | ) | **[PROPOSED] ORDER CONTINUING** |
| v. | ) | **HEARING DATE AND EXCLUDING** |
| | ) | **TIME UNDER THE SPEEDY TRIAL** |
| AARON POLLOCK, et al. | ) | **ACT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendants and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for, February 1, 2012 at 10:00 a.m., to February 22, 2012, at 10:00 a.m. The reason for the continuance is defense counsel's unavailability because of recent deaths in defense counsel 's family, and continuity of counsel.

In addition, counsel for defendant Dunmyer is currently on trial in another matter, such that it is unlikely he will be able to appear at the hearing now set for February 1, 2012.

Finally, the defendants, through their respective counsel, have had discussions with the United States as a disposition of actions as against each of them. However, those discussions have not yet concluded and will require further preparation by counsel for the defendants and the

Stipulation and [Proposed] Order
No. CR 11-00739 LHK                    1

United States in order to finalize the terms of plea agreements as to each defendant.

The parties therefore further agree and stipulate that time should be excluded from and including February 1, 2012, through and including February 22, 2012, the next available date on the Court's calendar when all counsel are available to attend, to provide counsel reasonable time to prepare as well as continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: January 30, 2012
                                                    _____/s/_____
                                                    MANUEL ARAUJO
                                                    Assistant Federal Public Defender

Dated: January 30, 2012
                                                    _____/s/_____
                                                    MICHAEL ARMSTRONG
                                                    Attorney for Defendant, Aaron Pollock

Dated: January 30, 2012
                                                    _____/s/_____
                                                    TIMOTHY LUCEY
                                                    Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY ORDERED that the status conference hearing in the above-captioned matter shall be continued from February 1, 2012, at 10:00 a.m., to February 22, 2012, at 10:00 a.m.

THE COURT FINDS that failing to exclude the time between February 1, 2012 and February 22, 2012, would unreasonably deny the defendant's continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between February 1, 2012 and February 22, 2012, from computation under the Speedy Trial Act

outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the period of delay from February 1, 2012, through and including February 22, 2012, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: January __31__, 2012

_____
HONORABLE LUCY H. KOH
United States District Judge